IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

HARTLY BUCHANAN,

Plaintiff,

v.

CHASE BANK USA, N.A.,

Defendant.

Civ. No. 1:17-cv-00640-CL

**ORDER OF DISMISSAL**

CLARKE, Magistrate Judge.

On December 4, 2017, the Court granted a motion filed by Plaintiff Counsel to withdraw from representation of Plaintiff in this case, contingent upon two conditions. First, the Court required counsel to advise the Court in writing of Plaintiff's current contact information. Second, the Court required counsel to advise Plaintiff of the withdrawal, and inform Plaintiff of the obligation to retain new counsel, or file written notice with the Court of her intention to proceed with the case as a self-represented, or *pro se*, litigant no later than January 4, 2018. The Court indicated that Plaintiff could request additional time, in writing, if necessary. However, to date, the Court has had no contact from Plaintiff.

Plaintiff was therefore ORDERED on January 18, 2018, to show good cause in writing by February 20, 2018, for why this case should not be dismissed for failure to prosecute. The Court indicated that failure to respond could result in dismissal of this action. To date the Court

Page 1 – ORDER TO SHOW CAUSE

has not received any form of communication from Plaintiff, and she has not responded to the Court's Order to Show Cause. Therefore this cause of action is dismissed without prejudice. All dates will be terminated, and the case will be administratively closed.

ORDERED and DATED this __7__ day of March, 2018.

_____
MARK D. CLARKE
United States Magistrate Judge

Page 2 – ORDER TO SHOW CAUSE